

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00077-CV

**ELECTRO SALES AND SERVICES, INC.** and Salim Merchant,
Appellants

v.

**CITY OF TERRELL HILLS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-19821
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that City of Terrell Hills recover its costs of this appeal from Electro Sales and Services, Inc. and Salim Merchant.

SIGNED March 14, 2018.

_____
Patricia O. Alvarez, Justice